UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER XIII |
| | : | |
| ROSALYN R. MATHIS | : | 1:19-01495 |
|     Debtors | : | |

_____

| | |
|---|---|
| WELLS FARGO BANK N.A., as | : |
| Trustee, for Carrington Mortgage | : |
| Loan Trust, Series 2006-NC2 | : |
| Asset-Backed Pass-Through | : |
| Certificates | : |
|     Movant | : |
| | : |
|     vs. | : |
| | : |
| ROSALYN R. MATHIS | : |
|     Debtor | : |
|     And | : |
| CHARLES J. DeHART, III, ESQUIRE | : |

## ANSWER TO MOTION FOR RELIEF

NOW COMES the Debtor, ROSALYN R. MATHIS, by and through her attorney, Charles E. Petrie, and respectfully answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor has made or will make all outstanding post-petition payments.

8. Denied. It is denied that the amount necessary to reinstate the loan post-petition is $2,246.83.

9. Denied. It is denied that Movant is entitled to relief from the Automatic Stay.

10. Denied. It is denied that Movant is entitle to reimbursement of legal fees and costs associated with this action.

11. Denied. It is denied that Movant has cause to seek reimbursement of any amounts.

12. Denied. It is denied that all communications may be sent directly to Debtors.

WHEREFORE, Debtor respectfully requests that Your Honorable Court dismiss Movant's Motion for Relief.

/s/ Charles E. Petrie
CHARLES E. PETRIE
3528 Brisban Street
Harrisburg, PA 17111
(717) 561-1939
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER XIII |
| | : | |
| ROSALYN R. MATHIS | : | 1:19-01495 |
|     Debtors | : | |

___

| | |
|---|---|
| WELLS FARGO BANK N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates | : : : : : |
|     Movant | : |
| | : |
| vs. | : |
| | : |
| ROSALYN R. MATHIS | : |
|     Debtor | : |
| And | : |
| CHARLES J. DeHART, III, ESQUIRE | : |

## CERTIFICATE OF SERVICE

I, CHARLES E. PETRIE, ESQUIRE, do hereby certify that on this date, I served a true and correct copy of the within Answer, in the above-captioned matter upon the following individual(s), by United States first-class mail, postage prepaid, addressed as follows, or by electronic means:

JAMES C WARMBRODT ESQUIRE
KML LAW GROUP OC
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET SUITE 5000
PHILADELPHIA, PA 19106

CHARLES J. DeHART, III, ESQUIRE, TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036

DATE: 12/09/2019

/s/ Charles E. Petrie
CHARLES E. PETRIE
3528 Brisban Street
Harrisburg, PA 17111
(717) 561-1939
Attorney for Debtor
ID# 29029