UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Rosalyn R Mathis

Case No.: 1-19-01495HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Carrington Mortgage Services |
| Court Claim Number: | 1 |
| Last Four of Loan Number: | 9793 |
| Property Address if applicable: | 637 S 23rd St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $8,205.44 |
| b. | Prepetition arrearages paid by the trustee: | $8,205.44 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,235.16 |
| f. | Postpetition arrearage paid by the trustee: | $2,235.16 |
| g. | Total b, d, and f: | $10,440.60 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: June 22, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Rosalyn R Mathis  Case No.: 1-19-01495HWV

Chapter 13

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 22, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Charles E Petrie, Esquire
3528 Brisban St
Harrisburg PA 17111

**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806

Rosalyn R Mathis
637 S 23rd St
Harrisburg PA 17104-2712

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2023  /s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-01495     **ROSALYN R MATHIS**

**CARRINGTON MORTGAGE SERVICES, LLC**
BANKRUPTCY DEPT
P.O. BOX 3730
ANAHEIM, CA 92806-

**Sequence:** 24
**Modify:**
**Filed Date:** 6/17/2019 12:00:00AM
**Hold Code:** M

Acct No: 9793/PRE ARREARS/637 S 23

MRF ORDER # 48 2/8/23

| | | |
|---|---|---|
| Amt Sched: $94,741.19 | Debt: $12,672.16 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $8,205.44 | Accrued Int: $0.00 |
| | | Balance Due: $4,466.72 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **CARRINGTON MORTGAGE SERVICES, LLC** | | | | | | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/13/2022 | 2019627 | $1,061.27 | $0.00 | $1,061.27 | 12/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017589 | $279.87 | $0.00 | $279.87 | 10/24/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016577 | $279.86 | $0.00 | $279.86 | 09/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015497 | $279.87 | $0.00 | $279.87 | 08/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/14/2022 | 2013508 | $260.47 | $0.00 | $260.47 | 06/21/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011387 | $260.46 | $0.00 | $260.46 | 04/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010363 | $260.47 | $0.00 | $260.47 | 03/22/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009397 | $260.47 | $0.00 | $260.47 | 02/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007372 | $260.47 | $0.00 | $260.47 | 12/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006344 | $260.47 | $0.00 | $260.47 | 11/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005299 | $268.17 | $0.00 | $268.17 | 10/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004304 | $268.17 | $0.00 | $268.17 | 09/21/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003243 | $268.17 | $0.00 | $268.17 | 08/24/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002217 | $268.17 | $0.00 | $268.17 | 07/20/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001240 | $268.17 | $0.00 | $268.17 | 06/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000216 | $259.61 | $0.00 | $259.61 | 05/25/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228852 | $259.62 | $0.00 | $259.62 | 04/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227826 | $259.60 | $0.00 | $259.60 | 03/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/17/2021 | 1226812 | $259.62 | $0.00 | $259.62 | 02/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225804 | $259.61 | $0.00 | $259.61 | 01/26/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/10/2020 | 1224001 | $259.61 | $0.00 | $259.61 | 12/15/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/03/2020 | 1223152 | $259.61 | $0.00 | $259.61 | 11/10/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/15/2020 | 1222263 | $256.76 | $0.00 | $256.76 | 10/21/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2020 | 1221217 | $256.76 | $0.00 | $256.76 | 09/23/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/12/2020 | 1220177 | $256.76 | $0.00 | $256.76 | 08/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/07/2020 | 1219103 | $256.76 | $0.00 | $256.76 | 07/13/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/02/2020 | 1218111 | $285.76 | $0.00 | $285.76 | 06/10/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/06/2020 | 1217166 | $270.83 | $0.00 | $270.83 | 05/12/2020 |

| | | Sub-totals: | $8,205.44 | $0.00 | $8,205.44 |
|---|---|---|---|---|---|
| | | **Grand Total:** | **$8,205.44** | **$0.00** | |

# Disbursements for Claim

**Case:** 19-01495    ROSALYN R MATHIS

**CARRINGTON MORTGAGE SERVICES, LLC**
BANKRUPTCY DEPT
P.O. BOX 3730
ANAHEIM, CA  92806-

Sequence: 24
Modify:
Filed Date:
Hold Code: M

Acct No: 9793/POST ARREARS/637 S 2

POST PETITION ARREARS    2ND AP   MRF ORDER # 48 2/8/23

|  |  |
|---|---|
| Amt Sched: $0.00 | Debt: $3,451.90    Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $2,235.16    Accrued Int: $0.00 |
|  | Balance Due: $1,216.74 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **CARRINGTON MORTGAGE SERVICES, LLC** | | | | | | | |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/13/2022 | 2019627 | $289.09 | $0.00 | $289.09 | 12/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017590 | $76.23 | $0.00 | $76.23 | 10/24/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016577 | $76.24 | $0.00 | $76.24 | 09/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015497 | $76.23 | $0.00 | $76.23 | 08/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/14/2022 | 2013508 | $70.95 | $0.00 | $70.95 | 06/21/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011387 | $70.96 | $0.00 | $70.96 | 04/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010363 | $70.95 | $0.00 | $70.95 | 03/22/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009398 | $70.95 | $0.00 | $70.95 | 02/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007372 | $70.95 | $0.00 | $70.95 | 12/22/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006344 | $70.95 | $0.00 | $70.95 | 11/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005299 | $73.05 | $0.00 | $73.05 | 10/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004304 | $73.05 | $0.00 | $73.05 | 09/21/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003243 | $73.05 | $0.00 | $73.05 | 08/24/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002217 | $73.05 | $0.00 | $73.05 | 07/20/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001240 | $73.05 | $0.00 | $73.05 | 06/22/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000216 | $70.72 | $0.00 | $70.72 | 05/25/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228852 | $70.71 | $0.00 | $70.71 | 04/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227826 | $70.73 | $0.00 | $70.73 | 03/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/17/2021 | 1226812 | $70.71 | $0.00 | $70.71 | 02/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225804 | $70.72 | $0.00 | $70.72 | 01/26/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/10/2020 | 1224001 | $70.72 | $0.00 | $70.72 | 12/15/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/03/2020 | 1223152 | $70.72 | $0.00 | $70.72 | 11/10/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/15/2020 | 1222263 | $69.94 | $0.00 | $69.94 | 10/21/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2020 | 1221217 | $69.94 | $0.00 | $69.94 | 09/23/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/12/2020 | 1220177 | $69.94 | $0.00 | $69.94 | 08/18/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/07/2020 | 1219104 | $69.94 | $0.00 | $69.94 | 07/14/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/02/2020 | 1218111 | $77.84 | $0.00 | $77.84 | 06/10/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/06/2020 | 1217166 | $73.78 | $0.00 | $73.78 | 05/12/2020 |
| | | | | Sub-totals: | $2,235.16 | $0.00 | $2,235.16 | |
| | | | | Grand Total: | $2,235.16 | $0.00 | | |