Fill in this information to identify the case:

Debtor 1     Rosalyn R. Mathis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number    19-01495 HWV

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates.

**Court claim no. (if known):** 1-1

**Last 4 digits** of any number you use to identify the debtor's account:    9793

**Property address:**
637 South 23rd Street
Harrisburg, PA 17104-2712

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    09 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ _____
c. **Total.** Add lines a and b.    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R     Response to Notice of Final Cure Payment     page 1

Case 1:19-bk-01495-HWV    Doc 52    Filed 07/13/23    Entered 07/13/23 15:25:12    Desc
Main Document     Page 1 of 3
Document ID: 654c84bbbe510b1fab55e7fc68f3958d60b966651668d79d264108a3f33534b9

Debtor(s)    Rosalyn R. Mathis                                   Case Number (if known): 19-01495 HWV
             First Name   Middle Name     Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
Denise Carlon
13 Jul 2023, 13:58:40, EDT

Date    07/13/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

---

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

Document ID: 654c84bbbe510b1fab55e7fc68f3958d60b9666651668d79d264108a3f33534b9

| | |
|---|---|
| IN RE: Rosalyn R. Mathis<br>                           Debtor(s)<br><br>Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates.<br>                           Movant<br>          vs.<br><br>Rosalyn R. Mathis<br>                           Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                           Trustee | BK NO. 19-01495 HWV<br><br>Chapter 13<br><br>Related to Claim No. 1-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 13, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Rosalyn R. Mathis
637 South 23rd Street
Harrisburg, PA 17104-2712

<u>Attorney for Debtor(s) (via ECF)</u>
Charles E. Petrie, Esq.
3528 Brisban Street
Harrisburg, PA 17111

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>July 13, 2023</u>

                                                */s/ Denise Carlon*
                                                Denise Carlon Esquire
                                                Attorney I.D. 317226
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                201-549-2363
                                                dcarlon@kmllawgroup.com