Fill in this information to identify the case:

Debtor 1     Rosalyn R Mathis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Pennsylvania (Harrisburg)
                                                                                                                         (State)

Case number    19-01495

## Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**   Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates.

**Court claim no.** (if known):   1

**Last 4 digits** of any number you use to identify the debtor's account:     XXXXXX9793

**Date of payment change:**
Must be at least 21 days after date of this notice     6/01/2022

**New total payment:**     $ 839.44
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $ 287.92        New escrow payment:    $ 277.70

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate        %        New interest rate:       %

   Current principal and interest payment:   $        New principal and interest payment:   $

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment:    $        New mortgage payment:    $

Debtor 1   Rosalyn R Mathis                                           Case number (*if known*) 19-01495
           First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

✗ /s/ Randall Miller                                                  Date  April, 14, 2022
  Signature

  Print:        Randall Miller                                        Title     Agent
                First Name    Middle Name    Last Name

  Company       Carrington Mortgage Services, LLC

  Address       43252 Woodward Avenue, Suite180
                Number            Street

                Bloomfield Hills, MI 48302
                City                            State        ZIP Code

Contact phone   (248) 335-9200    Email    bankruptcy@rsmalaw.com

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
ROSALYN MATHIS                                    YOUR LOAN NUMBER :
637 SOUTH 23RD STREET
HARRISBURG            PA 17104                    DATE: 03/11/22
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING JUNE,2021 AND ENDING MAY, 2022.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

### --- YOUR PAYMENT BREAKDOWN AS OF JUNE,2021 IS ---

```
              PRIN & INTEREST            561.74
              ESCROW PAYMENT             272.09
              SHORTAGE PYMT               15.83
              TOTAL                      849.66
```

| MONTH | -- PAYMENTS TO ESCROW -- PRIOR PROJECTED | ACTUAL | -- PAYMENTS FROM ESCROW -- PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | -- ESCROW BALANCE -- PRIOR PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | STARTING BALANCE = = = > | | | 1775.92 | 573.17- |
| JUN | 272.09 * | 595.06 | | | | | 2048.01 | 21.89 |
| JUL | 272.09 * | 297.53 | | | | | 2320.10 | 319.42 |
| AUG | 272.09 * | 297.53 | * | | 1117.82 | SCHOOL TAX | 2592.19 | 1726.87- ALP |
|  |  |  | 0 | | 1226.00 | HOMEOWNERS | | |
| SEP | 272.09 * | 297.53 | 1200.00 * | HOMEOWNERS | | | 544.18 TLP | 1429.34- |
|  |  |  | 0  1120.10 | SCHOOL TAX | | | | |
| OCT | 272.09 * | 561.58 | | | | | 816.27 | 867.76- |
| NOV | 272.09 * | 287.92 | | | | | 1088.36 | 579.84- |
| DEC | 272.09 * | | | | | | 1360.45 | 579.84- |
| JAN | 272.09 * | 287.92 | | | | | 1632.54 | 291.92- |
| FEB | 272.09 * | 575.84 | | | | | 1904.63 | 283.92 |
| MAR | 272.09 * | 287.92 | 383.11 * | COUNTY TAX | 383.11 | COUNTY TAX | 1231.69 | 188.73 |
|  |  |  | 0   561.92 | CITY TAX | | | | |
| APR | 272.09 | | E | | | | 1503.78 | 188.73 |
| MAY | 272.09 | | E | | | | 1775.87 | 188.73 |
| TOT | 3265.08 | 3488.83 | 3265.13 | | 2726.93 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $544.18.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $1,726.87-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
08/20       $297.53        09/20     $297.53        10/20     $2,346.76   *
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JUNE,2022 AND ENDING MAY,2023.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - JUNE,2022 THROUGH MAY,2023** --------------

```
              HOMEOWNERS INSU              1,226.00
              COUNTY TAX                     383.11
              SCHOOL TAX                   1,117.82
              CITY TAX                       561.92

              TOTAL                        3,288.85
              PERIODIC PAYMENT TO ESCROW     274.07    (1/12 OF "TOTAL FROM ESCROW")
```

**** CONTINUED ON NEXT PAGE ****

## PROJECTED ESCROW ACTIVITY - JUNE,2022 THROUGH MAY,2023

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | PROJECTED | REQUIRED |
|---|---|---|---|---|---|
| | | | ACTUAL STARTING BALANCE ===> | 1,752.06 | 1,795.68 |
| JUN,22 | 274.07 | | | 2,026.13 | 2,069.75 |
| JUL,22 | 274.07 | | | 2,300.20 | 2,343.82 |
| AUG,22 | 274.07 | | | 2,574.27 | 2,617.89 |
| SEP,22 | 274.07 | 1,226.00 | HOMEOWNERS INSU | 504.52 ALP | 548.14 RLP |
| | | 1,117.82 | SCHOOL TAX | | |
| OCT,22 | 274.07 | | | 778.59 | 822.21 |
| NOV,22 | 274.07 | | | 1,052.66 | 1,096.28 |
| DEC,22 | 274.07 | | | 1,326.73 | 1,370.35 |
| JAN,23 | 274.07 | | | 1,600.80 | 1,644.42 |
| FEB,23 | 274.07 | | | 1,874.87 | 1,918.49 |
| MAR,23 | 274.07 | 383.11 | COUNTY TAX | 1,203.91 | 1,247.53 |
| | | 561.92 | CITY TAX | | |
| APR,23 | 274.07 | | | 1,477.98 | 1,521.60 |
| MAY,23 | 274.07 | | | 1,752.05 | 1,795.67 |

## DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....                    THE ESCROW SHORTAGE IS....        43.62- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM June 1, 2022.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $109.81.

## CALCULATIONS OF YOUR NEW PAYMENT AMOUNT

| | | |
|---|---|---|
| PRIN & INTEREST | 561.74 * | |
| ESCROW PAYMENT | 274.07 | |
| SHORTAGE PYMT | 3.63 | |
| BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/22 ==> | 839.44 | |

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :    YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
          HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
          WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
          ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
          DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $544.18.
          YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
          CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
          REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
          TO BE YOUR CUSHION AMOUNT.
          YOUR ESCROW CUSHION FOR THIS CYCLE IS $548.14.

YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
11/21    $287.92         12/21    $287.92         01/22    $1,439.60*

**Escrow disbursements up to escrow analysis effective date:**
03/22    $561.92    CITY TAX

### -VERBAL INQUIRIES & COMPLAINTS-
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

### -IMPORTANT BANKRUPTCY NOTICE-
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

### -CREDIT REPORTING AND DIRECT DISPUTES-
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

### -MINI MIRANDA-
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

### -HUD COUNSELOR INFORMATION-
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**** CONTINUED ON NEXT PAGE ****

CARRINGTON MORTGAGE SERVICES
P.O. BOX 5001
Westfield, IN 46074

(800) 561-4567 FAX: (949) 517-5220

YOUR LOAN NUMBER : ▮
DATE: 03/11/22

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
MILITARY PERSONNEL/SERVICEMEMBERS:   If you or your spouse is a member of the military, please contact us immediately.  The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief.  For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.  You have the right to request documents we relied upon in reaching our determination.  You may request such documents or receive further assistance by contacting the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

In Re:  
Rosalyn R Mathis,

    Debtor

Case No: 19-01495 - Chapter: 13  
Judge: Henry W. Van Eck

## CERTIFICATE OF SERVICE

    The undersigned states that on April 25, 2022, copies of the **Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Rosalyn R Mathis<br>637 S 23rd Street<br>Harrisburg, PA 17104-2712 | Debtor's Attorney<br>Charles E. Petrie<br>3528 Brisban Street<br>Harrisburg, PA 17111 | Chapter 13 Trustee<br>Jack N. Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
| | | U.S. Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller  
43252 Woodward Avenue, Suite 180  
Bloomfield Hills, MI 48302  
Telephone (248) 335-9200